**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00224-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATHAN ERIC SCANLON,

      Defendant.

**ORDER GRANTING 1) FEDERAL PUBLIC DEFENDER'S MOTION FOR RULING ON WAIVER OF ATTORNEY-CLIENT PRIVILEGE; AND 2) GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S § 2255 PETITION**

**Blackburn, J.**

The matters before me are 1) **Motion for Ruling on Waiver by Nathan Scanlon of Attorney-Client and Client Confidence/Confidentiality of Information Privileges** [#56] filed October 18, 2006; and 2) **Government's Request for Extension of Time To Respond to Defendant's Motion Pursuant to 28 U.S.C. § 2255** [#59] filed October 27, 2006. I grant both motions.

Concerning the Office of the Federal Public Defender's **Motion for Ruling on Waiver by Nathan Scanlon of Attorney-Client and Client Confidence/Confidentiality of Information Privileges** [#56] filed October 18, 2006, I hold that defendant, Nathan Scanlon, by impugning the effectiveness of his counsel in his **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 3355** [#53] filed April 28, 2006, has waived the attorney-client privilege as to the issues raised by or inherent to defendant's pending motion. In support of my holding I approve, adopt, and

incorporate the relevant authorities cited by Assistant Federal Public Defender, Scott T. Varholak, in the motion for ruling, *see* [#56], and by the government in its response, *see* [#59].

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the Office of the Federal Public Defender's **Motion for Ruling on Waiver by Nathan Scanlon of Attorney-Client and Client Confidence/Confidentiality of Information Privileges** [#56] filed October 18, 2006, **IS GRANTED**;

      2. That accordingly, the defendant, Nathan Scanlon, has waived the attorney-client privilege as to the issues raised by or inherent to defendant's pending **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 3355** [#53] filed April 28, 2006;

      3. That the **Government's Request for Extension of Time To Respond to Defendant's Motion Pursuant to 28 U.S.C. § 2255** [#59] filed October 27, 2006, **IS GRANTED**; and

      4. That accordingly, the government **SHALL HAVE** until December 22, 2006, to file its answer to defendant's pending **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 3355** [#53].

      Dated November 20, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**