**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01975-REB-MJW
Criminal Action No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN ERIC SCANLON,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Blackburn, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 14th day of April, 2010.

                            BY THE COURT:

                            s/ Robert E. Blackburn

                            JUDGE, UNITED STATES DISTRICT
                            COURT FOR THE DISTRICT OF COLORADO