**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN ERIC SCANLON,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **July 22, 2010**, at 10:00 a.m., the court shall conduct a telephonic scheduling conference to set a hearing to hear evidence and argument on the issue of whether the defendant's trial counsel failed to appeal the sentence as requested. The Clerk of the Court shall serve a copy of this minute order on Scott Varholak, Assistant Federal Public Defender.

    **IT IS FURTHER ORDERED** that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.