# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN ERIC SCANLON,

    Defendant.

## MINUTE ORDER[1]

On July 22, 2010, the court conducted a telephonic setting conference to set a hearing on the issue of whether the defendant's trial counsel failed to appeal the sentence as requested. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **October 8, 2010**, commencing at 3:00 p.m., the court shall conduct a hearing on the issue of whether the defendant's trial counsel failed to appeal the sentence as requested;

    2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing; and

    3. That the Clerk of the Court shall serve a copy of this minute order on Scott Varholak, Assistant Federal Public Defender.

    Dated: July 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.