IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN ERIC SCANLON,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on **Defendant Scanlon's Request To Appear Via Telephone or Videoconference and Waive Personal Appearance For Hearing** [#94] filed September 22, 2010. The request is well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant Scanlon's Request To Appear Via Telephone or Videoconference and Waive Personal Appearance For Hearing** [#94] filed September 22, 2010, is **GRANTED**;

2. That defendant Nathan Eric Scanlon, who is currently being held at the Bureau of Prisons in La Tuna, Texas, **SHALL APPEAR** by video conference at the hearing on the issue of whether the defendant's trial counsel failed to appeal the sentence as requested now set for **October 8, 2010**, commencing at 3:30 p.m.; and

3. That the Clerk of the Court shall serve a copy of this minute order on Scott Varholak, Assistant Federal Public Defender.

    Dated: September 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.