# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN ERIC SCANLON,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. The court has set a hearing on the issue of whether the defendant's trial counsel failed to appeal the sentence as requested on October 8, 2010, at 3:30 p.m. The defendant will be appearing at this hearing via video conference. Due to a conflict arising on the court's calendar, the hearing is **RESET** to **1:30 p.m.** on this date. The clerk of the court shall serve a copy of this minute order on Scott Varholak, Assistant Federal Public Defender.

    Dated: October 1, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.