**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01975-REB
Criminal Action No. 04-cr-00224-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN ERIC SCANLON,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

**Blackburn, J.**

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 18th day of February, 2011.

    BY THE COURT:

    s/ Robert E. Blackburn

    JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO