## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   04-cr-00224-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATHAN ERIC SCANLON,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on August 21, 2015,

**IT IS ORDERED** that Defendant Nathan Eric Scanlon is sentenced to **time served**.

Dated:  August 21, 2015

                                  BY THE COURT:

                                  s/ Robert E. Blackburn
                                  ROBERT E. BLACKBURN,
                                  UNITED STATES DISTRICT JUDGE