**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00224-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATHAN ERIC SCANLON,

      Defendant.

---

### MINUTE ORDER[1]

---

      The matter is before the court on the defendant's **Motion Requesting Clarification of Court's Order and Requesting Enforcement of Court Order** [#143][2] filed September 8, 2015, *pro se* by the defendant. However, when a defendant is represented by counsel, this court will not accept *pro se* filings by the defendant. Such *pro se* filings are improper. ***See United States v. Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), ***reviewed on other grounds***, 125 S.Ct 1082 (2005). All pleadings and papers must be filed by counsel.

      **THEREFORE, IT IS ORDERED** that the **Motion Requesting Clarification of Court's Order and Requesting Enforcement of Court Order** is stricken.

      Dated: September 9, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#143]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.